UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.M., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | Case No.  13-cv-00286-JCS<br><br>**ORDER FOR SERVICE BY MARSHAL** |

Plaintiff filed a Motion to Proceed in Forma Pauperis, which the Court granted. *See* Docket No. 6. In that Order, the Court stated that "[i]f, after completing its review, the Court determines that the complaint is not subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it will order service of the complaint by the Marshal." The Court has completed its review and finds that the complaint is not subject to dismissal. Accordingly, the **U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

        IT IS SO ORDERED.

Dated: March 22, 2013

                                                                       Joseph C. Spero<br>                                                                     United States Magistrate Judge